No. 461. MOSSER, SUCCESSOR TRUSTEE, ET AL. *v.* DARROW, FORMER TRUSTEE, ET AL. C. A. 7th Cir. Certiorari granted. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Carl W. Mulfinger, J. Edgar Kelly, Jacob B. Courshon* and *Stanley A. Kaplan* for petitioners. *Urban A. Lavery* and *Irving Herriott* for Darrow, respondent. *Solicitor General Perl-*

man, *John F. Davis* and *Roger S. Foster* filed a memorandum for the Securities & Exchange Commission supporting the petition.